**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
CHRISTINE McDERMOTT LAURIA, MARK
RYAN, WILLIAM E. ROBINSON, KENNETH
WOODHALL, STEPHANIE A. RESCH, PETER
IMPAGLIAZZO, PAUL C. IMPAGLIAZZO, NEIL
J. SURGENOR, STEVE VOULGARIS, ROSS
GARDENLAUB, RICHARD HOLMES, WALTER
KURICK, ROBERT FINN, BRYAN RAY, and
JEFF McKAY,

**MEMORANDUM OF**
**DECISION AND ORDER**
07-CV-2709 (ADS)(MLO)

                                  Plaintiffs,

        -against-

MITCHELL L. HEFFERNAN and JAMES E.
PEDRICK,

                                  Defendants.
----------------------------------------------------------X

**APPEARANCES:**

Neil H. Greenberg & Associates, P.C.
Attorneys for the Plaintiffs
900 Merchants Concourse, Suite 214
Westbury, NY 11590
      By: Neil H. Greenberg, Esq., Of Counsel

Knucles & Komosinski, P.C.
Attorneys for Defendants
220 White Plains Road
Tarrytown, NY 10951
      By: Kenneth Flickinger, Esq.
          Mark Knucles, Esq., Of Counsel

Pozzuolo & Perkiss, P.C.
Attorneys for Defendants
2033 Walnut Street

Philadelphia, PA 19103
 By: Judith P. Rodden, Esq., Of Counsel

Law Offices of Robert Scandone
Attorney for Defendants
Land Title Building, Suite 1135
1800 John F Kennedy Boulevard, Suite 200
Philadelphia, PA 19103
 By: Robert Scandone, Esq., Of Counsel

**SPATT, District Judge**.

On October 22, 2008, the Court directed the Law Offices of Neil H. Greenberg & Associates, P.C. ("Greenberg") to serve a Court Order on Plaintiff Jeff McKay, instructing him that he must file an appearance, either pro se or through an attorney, within 30 days of receiving the Order or his claims would be dismissed for failure to prosecute under FED. R. CIV. P. 41(b). In the same Order, the Court also directed Greenberg to publish a notice in both the New York Daily News and Newsday requesting that Plaintiff, William E. Robinson ("Robinson"), appear before the Court either pro se or through an attorney by November 20, 2008. The Order provided that, in the event Robinson did not appear before the Court on or before November 20th, his claim would also be dismissed for failure to prosecute.

Greenberg served a copy of the Order upon McKay on October 27, 2008. Since thirty days have passed from the date of service without an appearance by McKay, the Court dismisses his claims, with prejudice, for his failure to prosecute the action. Likewise, with the notice having been published as directed, because

Robinson failed to appear on or before November 20, 2008, the Court dismisses his claims, with prejudice, for his failure to prosecute the action.

### III.  CONCLUSION

Based on the foregoing, it is hereby

**ORDERED**, that Plaintiff Jeff McKay's claims are dismissed for failure to prosecute, and it is further

**ORDERED**, that Plaintiff William E. Robinson's claims are dismissed for failure to prosecute, and it is further

**ORDERED**, that the amended caption should read as follows:

```
-------------------------------------------------------------X
CHRISTINE McDERMOTT LAURIA, MARK
RYAN, KENNETH WOODHALL, STEPHANIE
A. RESCH, PETER IMPAGLIAZZO, PAUL C.
IMPAGLIAZZO, NEIL J. SURGENOR, STEVE
VOULGARIS, ROSS GARDENLAUB, RICHARD
HOLMES, WALTER KURICK, ROBERT FINN,
and BRYAN RAY,

                    Plaintiffs,

        -against-

MITCHELL L. HEFFERNAN and JAMES E.
PEDRICK,

                    Defendants.
-------------------------------------------------------------X
```

**SO ORDERED.**

Dated: Central Islip, New York
November 28, 2008

                                                _/s/ Arthur D. Spatt_
                                                  ARTHUR D. SPATT
                                            United States District Judge